HELENA F. COLLINS, Appellant, v. CENTRAL TRUST COMPANY OF ROCHESTER, N. Y., and FRANK X. KELLY, as Executors, etc., of J. RAYMOND KELLY, Deceased, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ANDREW H. BOWN and ROBERT H. PARKS, Suing on Behalf of Themselves, etc., Appellants, v. HARRY T. RAMSDELL and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BECKY MAROZ, Appellant, v. SUSAN A. DUNCAN, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLARD V. JOHNSON, Appellant, v. HENRY J. RENGAL and Others, as Executors, etc., of HENRY C. MOFFAT, Deceased, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CALOGERO CIPRIANO, Appellant, v. TOWN OF MT. MORRIS, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOSEPH MATAFFA, Appellant, v. DANTE G. PICCOLO and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JESSIE A. HUTSON, Appellant, v. SIBLEY, LINDSAY AND CURR COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHESTER M. CONGREVE, Respondent, v. RUFUS L. SLAWSON and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LEWIS A. O'CONNELL, as Executor, etc., of CHRISTINA M. O'CONNELL, Deceased, Respondent, v. BERTON J. GODLEY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MICHAEL KUCZNASCZ and Another, Appellants, v. VINCENT MAJEWSKI and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Estate of MINNIE J. CANTINE, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NORA CARROLL, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HOMER C. GARDNER, Appellant, v. JOHN J. GINTHER and Others, Respondents.— Application of Frank P. Graves, as Commissioner of Education of the State of New York, for leave to file brief amicus curiæ on the appeal, granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.